THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALEXANDER BURT, JR., Appellant.

Argued June 12, 1940; decided July 24, 1940.

*R. Harold Paltrow* for appellant.

*Charles P. Sullivan, District Attorney (J. Irwin Shapiro* and *George P. Stier* of counsel), for respondent.

Judgment affirmed. The question of the constitutional validity of the Penal Law, § 1898-a, is not presented on this record. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.